UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Jennifer Wendy Burke** | * | CASE NO. 8:10-cv-00577 JVS (FMOx) |
| v. | * | |
| **Toyota Motor NA, Inc., et al** | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Attorney Stephen J. Herman and the law firm of Herman Gerel, L.L.P. respectfully move the Court for permission to withdraw as counsel for the Plaintiff in the above-styled action. In support of this motion, the undersigned advises that Plaintiff will continue to be represented by other counsel who have entered an appearance in the litigation and who are acting as lead / trial counsel with respect to these specific civil actions.

Respectfully submitted this 13 day of April, 2011.

Stephen J. Herman (LA Bar No. 23129)
Herman Gerel, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (fax)
sherman@hhkc.com

*One of the attorneys for Jennifer Wendy Burke*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Judge James V. Selna was provided a copy of the foregoing pleading by United States Mail.

ALSO, I HEREBY CERTIFY that on the 13 day of April, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system, and/or otherwise as pursuant to the Orders entered in the above-captioned litigation.

Stephen J. Herman